UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY LAMAR BURKE,

Petitioner,

-against-

E. RICKARD, Warden, FCI Otisville,

Respondent.

26-CV-8027 (AS)

ORDER TO ANSWER, 28 U.S.C. § 2241

ARUN SUBRAMANIAN, United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

Within 60 days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, within 30 days from the date Petitioner is served with Respondent's answer.

SO ORDERED.

Dated: October 23, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge